COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

IN THE MATTER OF THE ESTATE OF     §        No. 08-16-00034-CV
JOSE LIDIO ROMO,

§         Appeal from the

           Appellants.

§         Probate Court No. 1

§         of El Paso County, Texas

§         (TC# 2009-P00624)

§

## O R D E R

The Court has considered the Appellant's motion to file the clerk's record and reporter's record previously filed in cause number 08-13-00271-CV and concludes that the motion should be GRANTED in part. Appellant's request to file the Appellant's brief previously filed in cause number 08-13-00271-CV is DENIED. The clerk's record filed on September 26, 2013, the supplemental clerk's record filed on December 17, 2013, and the reporter's record filed on October 31, 2013 in cause number 08-13-00271-CV will be filed in the above styled and numbered cause. The Clerk's record does not contain a final judgment. Consequently, Appellant shall request and make financial arrangements to pay for a supplemental clerk's record containing the final judgment and any other documents necessary for this appeal. The supplemental clerk's record is due to be filed in this Court no later than May 14, 2016. Appellant's brief shall be due thirty days from the date the supplemental clerk's record is filed.

IT IS SO ORDERED this 14th day of April, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.